**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CRIMINAL ACTION NUMBER:   3:06CR-54-R** |
| **DONALD BELCHER - 01** | **DEFENDANT** |

**ACCEPTANCE OF PLEA OF GUILTY,**
**ADJUDICATION OF GUILT, AND**
**NOTICE OF SENTENCING**

Pursuant to the Report and Recommendation of Magistrate Judge James D. Moyer, the pleas of guilty by Defendant to Counts 1 through 5 of the Indictment, are hereby accepted, and the Defendant is adjudged guilty of such offenses.

Sentencing is hereby scheduled for **JANUARY 17, 2007 at 12:00 noon.,** United States Courthouse, at Louisville, Kentucky.

**IT IS SO ORDERED.**

Copies to:
United States Attorney
United States Marshal
Chief U.S. Probation Officer
Counsel for Defendant